# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0595
Lower Tribunal No. 2018-CF-005500-A-O

———————————————

JACARLVIUS JIQUIES EALY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Michael Kraynick, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED